# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 15, 2023

## NO. 03-23-00776-CR

**Eugene John Miller, Appellant**

**v.**

**The State of Texas, Appellee**

---

**APPEAL FROM THE 21ST DISTRICT COURT OF LEE COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND THEOFANIS
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE THEOFANIS**

This is an appeal from the judgment of conviction entered by the trial court. Eugene John Miller has filed a motion to dismiss the appeal. Therefore, the Court grants the motion, allows Eugene John Miller to withdraw his notice of appeal, and dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.